UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00 - 6 1 6 1** **CR-ZLOCH**

18 U.S.C. § 1301
18 U.S.C. § 2

**MAGISTRATE JUDGE
SELTZER**

UNITED STATES OF AMERICA, :

    Plaintiff,

v.

ANTHONY TITONE,

    Defendant.

#### INFORMATION

The United States Attorney charges that:

From at least in or about March. 1995, through in or about December, 1997, at Broward

County, in the Southern District of Florida, and elsewhere, the defendant,

#### ANTHONY TITONE,

did knowingly engage in the business of procuring for a person in one State, a ticket, share and

interest in a lottery conducted by another State, and did thereby knowingly transmit in interstate

commerce, information to be used for the purpose of procuring such a ticket, share and interest,

in violation of Title 18, United States Code, Sections 1301 and 2.

*Ellen O'Connor for*
GUY A. LEWIS
UNITED STATES ATTORNEY

BERTHA R. MITRANI
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA          CASE NO. _____

v.

**CERTIFICATE OF TRIAL ATTORNEY***

ANTHONY TITONE

**Superseding Case Information:**

**Court Division:** (Select One)

New Defendant(s)          Yes ____    No ____
Number of New Defendants    ____

___ Miami ____ Key West         Total number of counts    ____
_X_ FTL  ____  WPB ____ FTP

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:          (Yes or No) _NO_____
    List language and/or dialect  ____English_____

4.  This case will take __0__ days for the parties to try.

5.  Please check appropriate category and type of offense listed below:
    (Check only one)                                      (Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0 to 5 days | _X_ | Petty | ____ | |
| II | 6 to 10 days | ____ | Minor | ____ | |
| III | 11 to 20 days | ____ | Misdem. | ____ | |
| IV | 21 to 60 days | ____ | Felony | _X_ | |
| V | 61 days and over | ____ | | | |

6.  Has this case been previously filed in this District Court? (Yes or No) _No_
    If yes:
    Judge: _____          Case No. _____
    (Attach copy of dispositive order)

    Has a complaint been filed in this matter?(Yes or No) _____No_____
    If yes:
    Magistrate Case No. _____
    Related Miscellaneous numbers:_____
    Defendant(s) in federal custody as of_____
    Defendant(s) in state custody as of _____
    Rule 20 from the _____          District of _____

    Is this a potential death penalty case? (Yes or No) _____No_____

7.  Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _X_ Yes __ No If yes, was it pending in the Central Region? _x_ Yes __ No

                                    _____
                                    BERTHA R. MITRANI
                                    ASSISTANT UNITED STATES ATTORNEY
                                    Florida Bar No. 88171

*Penalty Sheet(s) attached                                    REV.4/7/99

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: ANTHONY TITONE          No.:_____

Count # 1:

Engage in business of procuring interests in lottery tickets interstate; in violation of

18 U.S.C. § 1301

*Max Penalty: 2 years' maximum imprisonment; $250,000 fine

Count # :

_____

_____

*Max Penalty:_____

Count #:

_____

_____

*Max Penalty:_____

Count #:

_____

_____

*Max Penalty:_____

Count # :

_____

_____

*Max Penalty:_____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96