AO 455(REV. 5/85) Waiver of Indictment

# *United States District Court*

FILED by ___ D.C.
JUN 23 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| ANTHONY TITONE | CASE NUMBER: 00-6161-CR-ZLOCH |

I, Anthony Titone, the above named defendant, who is accused of engaging in business of procuring for a person in one state, a ticket, share, and interest in a lottery conducted by another state, and knowing transmitting such tickets, shares and interests in interstate commerce, in violation of Title 18, United States Code, Section 1301, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on ___6/23/00___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
ANTHONY TITONE
Defendant

_____
MICHAEL HURSEY
Counsel for Defendant

Before _Lurana S. Snow_
LURANA S. SNOW
United States Magistrate Judge