UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6161-CR-ZLOCH

UNITED STATES OF AMERICA

vs

ANTHONY TITONE

ARRAIGNMENT INFORMATION SHEET

*FILED by D.C. JUN 2 3 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JUNE 23, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address: __ON BOND FORM__

                     Telephone:_____

DEFENSE COUNSEL:     Name: __MICHAEL HURSEY, ESQ.__

                     Address:_____

                     Telephone:_____

BOND SET:            $ __50,000 PSB STIPULATED__

Bond hearing held: yes____ no _X_ Bond hearing set for_____

Dated this __23RD__ day of __JUNE__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _____
    Deputy Clerk

Tape No. ✓ 00-033

cc: Copy for Judge
    U. S. Attorney