COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: ANTHONY TITONE (surr)     CASE NO: 00-6161-CR-ZLOCH
AUSA: BERTHA MITRANI *pres*     ATTY: MIKE HURSEY *pres*
AGENT:     VIOL:
PROCEEDING I/A ON INFORMATION     RECOMMENDED BOND PSB
BOND HEARING HELD - yes/no     COUNSEL APPOINTED
    BOND SET @ 50,000 PSB

[FILED by __ D.C. / JUN 23 2000 / CLARENCE MADDOX / CLERK U.S. DIST. / S.D. OF FLA. FT. LAUD.]

SPECIAL CONDITIONS:
1) To be cosigned by: *as directed*
2) Rpt to PTS    x's a wk/month by phone;    x's a wk/month in person
3) Travel extended to:

*travel to Colorado for pre-planned visit Granted w/ Notice to PTS of details*
*Advised of charges -*
*Waiver of indictment executed in open Court*

Reading of Indictment Waived
Not Guilty plea entered
~~Jury trial demanded~~
Standing Discovery Order requested

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:
    PTD/BOND HRG:
    PRELIM/ARRAIGN:
    REMOVAL HRG:
    STATUS CONF: N/A

Date: 6/23/00    Time 11:00    FTL/LSS TAPE #00- 033    Begin: 11:27    End: 12:71