**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA,
    Plaintiff,

v.                    CASE NO: 00-6161-CR-ZLOCK

ANTHONY TITONE,
    Defendant.
_____/

### NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Please enter the appearance of MICHAEL HURSEY, as counsel of record for Defendant, ANTHONY TITONE.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail to: **Assistant U.S. Attorney Bertha Mitrani, United States Attorney's Office, 500 E. Broward Blvd., Suite 700, Fort Lauderdale, FL 33301,** this **28th** day of **June, 2000.**

                                Respectfully submitted,

                                *Michael Hursey*
                                MICHAEL HURSEY, P.A.
                                Counsel for Defendant Titone
                                One River Plaza, Suite 800
                                305 South Andrews Avenue
                                Fort Lauderdale, FL 33301
                                Telephone No. (954) 779-1880
                                Facsimile No. (954) 779-7980
                                Florida Bar No. 457698

9