UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6161-CR-ZLOCH

UNITED STATES OF AMERICA

    v.

ANTHONY TITONE

JUL 2 6 2000

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE:                              COURTROOM A
299 E. BROWARD BLVD.                    DATE & TIME:
FT. LAUDERDALE, FL 33301         August 24, 2000 at 9:30 AM

CHANGE OF PLEA - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL
ASK FOR A CONFESSION

                                          CLARENCE MADDOX
                                          CLERK OF COURT

                                          BY DEPUTY CLERK

DATE: July 26, 2000

cc:
Bertha Mitrani, Esq., AUSA
Michael Hursey, Esq.

