FILED by _____ D.C.
AUG 2 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6161-CR-Zloch   DATE 8-24-00

CLERK Carline Newday   REPORTER Carl Schauzlee

PROBATION _____   INTERPRETER _____

UNITED STATES OF AMERICA v. Anthony Titone

U.S. ATTORNEY Bertha Mitrani   DEFT COUNSEL Michael Hursey

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING Change of Plea to Information

RESULT OF HEARING Deft entered plea of guilty to Information

JUDGMENT Court accepted plea & adjudged deft guilty to the one count Information

CASE CONTINUED TO 11-6-00   TIME 11:00   FOR Sentencing

MISC Written Plea Agreement

