**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA,
    Plaintiff,

v.      Case No. 00-6161-CR-Zloch

ANTHONY TITONE,
    Defendant.
_____/



## OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

**NOW COMES** Defendant Anthony Titone, by and through his undersigned counsel, and for his Objections ( none of which have Guidelines scoring consequences) states:

| PSI Page/Paragraph | PSI Says: | Defendant's Objection: |
|---|---|---|
| P. 7, ¶ 17 | Titone was a lawyer who drafted all the corporate documents, negotiated contracts with vendors and the landlord, and set up the merchant account applications | While Mr. Titone helped set up the corporation, he did not (1) negotiate contracts with vendors, or (2) set up the merchant accounts |
| P. 14, ¶ 53 | Mr. Titone <u>owned</u> Gold Coast Subscribers, Inc. | He was <u>1/3</u> owner (and later <u>1/2</u> owner) of Gold Coast |
| P. 17, ¶65 | It appears he can afford to pay a fine | Because he has lost his livelihood (attorney) which is his source of income, he cannot afford to pay a fine |



**WHEREFORE**, Defendant Titone prays that this Court will grant his Objections To Presentence Investigation Report.

Respectfully submitted,

Michael Hursey, P.A.
Counsel for Defendant
305 South Andrews Avenue
Suite 800
Fort Lauderdale, Florida   33301
Telephone:  (954) 779-1880
Facsimile:   (954) 779-7980

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing motion was faxed and mailed this 17th day of October, 2000, to Assistant United States Attorney Bertha Mitrani, 500 E. Broward Blvd, Ft. Lauderdale 33394 and to U. S. Probation Officer, Georgann Stanley, 299 E. Broward Blvd., Ft. Lauderdale, FL  33301.

By: _____
MICHAEL HURSEY
Florida Bar No. 457698