UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
NOV 0 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6161-CR-Zloch    DATE 10-6-00
CLERK Carline Newley    REPORTER Carl Schanzlel
PROBATION Ceeargann Stanley    INTERPRETER _____

UNITED STATES OF AMERICA v. Anthony Titone

U. S. ATTORNEY Bertha Mitrani    DEFT COUNSEL Michael Hursey

DEFENDANT: (PRESENT)    NOT PRESENT    (ON BOND)    IN CUSTODY

REASON FOR HEARING Sentencing

RESULT OF HEARING Ct 1 - 1 yr Reporting Probation -
Spec Conds - $5,000 fine -
$100 assessment -

JUDGMENT _____

CASE CONTINUED TO _____    TIME _____    FOR _____

MISC _____

17