AO 245B (Rev. 8/99) Judgment in a Criminal Case
Sheet 1
-cr-0616-WJZ    Document 19    Entered on FLSD Docket 11/27/2000    P

FILED by _____ D.C.

NOV 0 9 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

# UNITED STATES DISTRICT COURT

SOUTHERN — District of — FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| ANTHONY TITONE | CASE NUMBER:     00-6161-CR-BLOCH |
| | MICHAEL HURSEY, ESQ. |
| **THE DEFENDANT:** | Defendant's Attorney |

[X] pleaded guilty to count(s) ____1

[ ] pleaded nolo contendere to count(s) _____
which was accepted by the court.

[ ] was found guilty on count(s) _____
after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18:1301 | interstate transportation of lottery tickets | 12/97 | 1 |

TO THE EXTENT NOT OTHERWISE DISPOSED OF HEREIN, ALL PENDING MOTIONS ARE DENIED AS MOOT.

The defendant is sentenced as provided in pages 2 through _ 5 _ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____

[ ] Count(s) _____ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No. __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__ | __11/6/00__ |
| Defendant's Date of Birth.: __8/2/42__ | Date of Imposition of Judgment |
| Defendant's USM No.: __55378-004__ | |
| Defendant's Residence Address: | Signature of Judicial Officer |
| 2051 NW 100th Way | |
| Coral Springs, FL 33071 | WILLIAM J. ZLOCH |
| | CHIEF UNITED STATES DISTRICT JUDGE |
| | Name and Title of Judicial Officer |
| Defendant's Mailing Address: | |
| | __11/9/00__ |
| | Date |

correct copy of the original
Clarence Maddox, Clerk
U.S. District Court
Southern District of
By _____
Date

AO 2450 (Rev. 3/95) Judgment in a Criminal Case
Sheet 6 – Reverse – Statement of Reasons

Judgment – Page          of

DEFENDANT:
CASE NUMBER:

## ADDITIONAL FINDINGS AND GUIDELINE APPLICATIONS EXCEPTIONS

No further action required by
the U.S. Marshals Service.

*James A. Tassie*
UNITED STATES MARSHAL

*Ed Fuertes* SDUSM