ERS:fb

        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF FLORIDA

        CASE NO. 00-6161-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs

ANTHONY TITONE,

    Defendant,
_____/

### SATISFACTION OF JUDGMENT

The special assessment of **$100.00** and the fine in the amount of **$5,000.00** having been paid in full, the Clerk for the Southern District of Florida is hereby authorized and empowered to cancel said judgment of record.

        Respectfully submitted,

        MARCOS DANIEL JIMENEZ
        UNITED STATES ATTORNEY

Date: Sept 13, 2003   By: _____
        Elizabeth Ruf Stein
        Assistant U.S. Attorney
        FL. Bar No. 354945
        99 N.E. 4th Street, Suite 313
        Miami, FL  33132-2111
        TEL (305) 961-9313
        FAX (305) 530-7195
        elizabeth.stein@usdoj.gov